FILED

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Paul B. Snyder
Chapter 13
Hearing Location: Tacoma
Hearing Date: April 8, 2010
Hearing Time: 1:00 PM
Response Date: April 1, 2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

PAUL E CONELLY AND
LINDA C CONELLY

Debtors

**Chapter 13 Bankruptcy**

**No.: 07-43798-PBS**

AGREED ORDER GRANTING IMMEDIATE RELIEF FROM STAY AS TO WELLS FARGO BANK, NA

It is agreed between Paul E Conelly and Linda C Conelly, debtor(s) herein, by and through their attorney, Kenneth E Rossback, and Wells Fargo Bank, NA by its attorney, Aaron Masser, and Routh Crabtree Olsen, PS, that the stay should be lifted as to enforcement of the deed of trust that is the subject of Wells Fargo Bank, NA's motion and further as to the property located at 17340 155th Avenue SE, Yelm, WA 98597 ("Property") and legally described as set forth in the Deed of Trust attached to the motion.

IT IS THEREFORE ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated effective **immediately with no foreclosure sale prior to October 1, 2010** as to Wells Fargo Bank, NA, its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Wells Fargo Bank, NA's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief. It is further ordered that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order

Agreed Order Granting Relief from Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 • FACSIMILE (425) 458-2131

Case 07-43798-PBS    Doc 36    Filed 04/08/10    Entered 04/08/10 14:50:29    Page 1 of 2
Case 07-43798-PBS    Doc 37    Filed 04/09/10    Entered 04/09/10 16:37:18    Page 1 of 2

shall be effective as to any chapter under which the present case may be converted absent further order of this court.

Dated this 9th day of April 2010.

_____
U.S. Bankruptcy Judge Paul B. Snyder

Presented by:

/s/ Aaron Masser
Aaron Masser, WSBA #32692
Attorneys for Wells Fargo Bank, NA

Agreed and Approved;
Notice of Presentation Waived:

/s/ Kenneth E. Rossback
Kenneth E Rossback, WSBA #19560
Attorney for Debtors

/s/ David M. Howe
David M. Howe
Chapter 13 Trustee

/s/ Paul E. Conelly
Paul E. Conelly, Debtor

/s/ Linda C. Conelly
Linda C. Conelly, Debtor

Agreed Order Granting Relief from Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131